UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ELIZABETH L. BROWN, O/B/O S. B.**                                                     **PLAINTIFF**

**VS.**                                                          **CIVIL ACTION NO. 4:13cv38-CWR-FKB**

**CAROLYN W. COLVIN,**                                                                 **DEFENDANT**
Acting Commissioner
of Social Security

## ORDER

This matter is before the Court on Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act [Docket No. 24]. The government has interposed no objection. *See* Docket No. 26. The motion is therefore GRANTED. Attorney fees in the amount of $2,492.40 are hereby awarded.

**SO ORDERED AND ADJUDGED**, this the 24th day of January, 2014.

                                                      s/ Carlton W. Reeves
                                                    UNITED STATES DISTRICT JUDGE